IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OSCAR PRENTICE MCDOWELL, #192 543 | * | |
| Plaintiff, | * | |
| | | CIVIL ACTION NO. |
| v. | * | 1:11-CV-543-MEF |
| | | (WO) |
| EDWARD HAM - HAM PEANUT CO., *et al.*, | * | |
| | * | |
| Defendants. | | |

## O R D E R

The Magistrate Judge entered a Recommendation (Doc. #7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #7) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice and prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 17th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE